**NOT FOR PUBLICATION**

JAN 25 2011

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORGE RODRIGUEZ-SANCHEZ, a.k.a. Jorge Rodriguez, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-74344 <br><br> Agency No. A037-443-391 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 10, 2011[**]

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Jorge Rodriguez-Sanchez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review de novo questions of law,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Cazarez-Gutierrez v. Ashcroft*, 382 F.3d 905, 909 (9th Cir. 2004), and we deny the petition for review.

Rodriguez-Sanchez's contention that a conviction under Cal. Penal Code § 496d(a) is not categorically an aggravated felony under 8 U.S.C. § 1101(a)(43)(G) is foreclosed by *Alvarez-Reynaga v. Holder*, 596 F.3d 534, 536-37 (9th Cir. 2010).

**PETITION FOR REVIEW DENIED.**